**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDREA PHILLIPS and PAUL HINTON,
as Parents and Natural Guardians of S.H., and
ANDREA PHILLIPS and PAUL HINTON,
individually,

                              Plaintiffs,

         -against-                                                  21 **CIVIL** 9178 (GWG)

                                                                       **JUDGMENT**

DAVID C. BANKS, in his official capacity as
The Chancellor of the New York City Department
of Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                              Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2023, plaintiffs' motion for summary judgment is denied and defendants' cross motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

      February 15, 2023

                                                                     **RUBY J. KRAJICK**

                                                                         _____
                                                                            **Clerk of Court**

                                **BY:**                      *K. Mango*

                                                                            _____
                                                                            **Deputy Clerk**